UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14014-CV-MIDDLEBROOKS/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

STAR SUITES BY RIVERSIDE THEATRE, LLC

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: February 17, 2021

| | |
|---|---|
| s/Drew M. Levitt | s/Thomas W. Tierney |
| Drew M. Levitt | Thomas W. Tierney |
| Florida Bar No. 782246 | Florida Bar No. 390150 |
| drewmlevitt@gmail.com | ttierney@rosswayswan.com |
| Lee D. Sarkin | ROSSWAY SWAN TIERNEY BARRY |
| Florida Bar No. 962848 | & OLIVER, P.L. |
| lsarkin@aol.com | 2101 Indian River Boulevard, Suite 200 |
| 4700 N.W. Boca Raton Boulevard | Vero Beach, Florida 32960 |
| Suite 302 | Telephone (772) 231-4440 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |